■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIS WINTER, Appellant. [858 NYS2d 166]—

Judgment, Supreme Court, New York County (William Leibovitz, J.), rendered January 19, 2001, convicting defendant, after a jury trial, of assault in the first degree and tampering with a witness in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 11 years and 3½ to 7 years, respectively, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility. Although no witness saw defendant holding a sharp object, the evidence supports the conclusion that it was defendant who cut the victim.

The court properly declined to modify its *Sandoval* ruling following the prosecutor's opening statement. Defendant does not challenge the original ruling itself, and there was nothing in the prosecutor's opening that would require the court to provide a more favorable ruling. Moreover, the court struck the allegedly prejudicial portion of the opening, with a curative instruction that the jury is presumed to have followed (*see People v Davis*, 58 NY2d 1102, 1104 [1983]). Concur—Friedman, J.P., Williams, Catterson and Acosta, JJ.